1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  ERIN SNIDER, CA SBN #304781
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorney for Defendant
6  SOLEDAD BAEZ

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )
                                         )  Case No. 6:15-mj-00098-MJS
12              Plaintiff,               )
                                         )  STIPULATION TO CONTINUE STATUS
13  vs.                                  )  CONFERENCE TO MARCH 9, 2016;  ORDER
                                         )
14  SOLEDAD BAEZ,                        )  DATE:    March 9, 2016
                                         )  TIME:    10:00 a.m.
15              Defendant.               )  JUDGE:   Hon. Michael J. Seng
                                         )
16  _____     )

17        **IT IS HEREBY STIPULATED**, by and between the parties through their respective

18  counsel, Yosemite Legal Officer Matthew McNease, counsel for the plaintiff, and Assistant

19  Federal Defender Erin Snider, counsel for defendant Soledad Baez, that the status conference set

20  for January 26, 2016, be continued to March 9, 2016, at 10:00 a.m.

21        This continuance is requested to allow time for further defense investigation and plea

22  negotiations.  The continuance is requested with the intention of conserving time and resources

23  for both the parties and the Court.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1    Respectfully submitted,

2

3    Date: January 12, 2015    */s/ Matthew McNease*
     MATTHEW MCNEASE
4    Yosemite Legal Officer
     Counsel for the Plaintiff

5
     HEATHER E. WILLIAMS
6    Federal Defender

7    Date: January 12, 2016    */s/ Erin Snider*
     ERIN SNIDER
8    Assistant Federal Defender
     Attorney for Defendant
9    SOLEDAD BAEZ

10

11                    **O R D E R**

12        For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS

13   that the status conference in *United States v. Soledad Baez*, case number 6:15-mj-00098-MJS, is

14   hereby continued to March 9, 2016, at 10:00 a.m.

15

16   IT IS SO ORDERED.

17

18   Dated:   January 12, 2016        /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28