1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  ERIN SNIDER, CA SBN #304781
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950

   Attorney for Defendant
   SOLEDAD BAEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:15-mj-00098-MJS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| vs. | ) | CONFERENCE TO APRIL 5, 2016; ORDER |
| | ) | |
| SOLEDAD BAEZ, | ) | DATE:    April 5, 2016 |
| | ) | TIME:    10:00 a.m. |
| Defendant. | ) | JUDGE:   Hon. Michael J. Seng |
| | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, Yosemite Legal Officer Matthew McNease, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Soledad Baez, that the status conference set for March 9, 2016, be continued to April 5, 2016, at 10:00 a.m.

This continuance is requested to allow time for further defense investigation and plea negotiations.  The continuance is requested with the intention of conserving time and resources for both the parties and the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

Date: March 3, 2016         */s/ Matthew McNease*
                            MATTHEW MCNEASE
                            Yosemite Legal Officer
                            Counsel for the Plaintiff

                            HEATHER E. WILLIAMS
                            Federal Defender

Date: March 3, 2016         */s/ Erin Snider*
                            ERIN SNIDER
                            Assistant Federal Defender
                            Attorney for Defendant
                            SOLEDAD BAEZ

**O R D E R**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the status conference in *United States v. Soledad Baez*, case number 6:15-mj-00098-MJS, is hereby continued to April 5, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   March 3, 2016                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE

Baez / Stipulation to Continue         -2-
Status Conference