Susan St. Vincent
Acting Legal Officer
Kayleigh Birks
Legal Intern
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SOLEDAD BAEZ,<br><br>    Defendant. | No.  6:15-MJ-98-MJS<br><br>STIPULATION TO VACATE TRIAL DATE AND SET FOR PLEA AND SENTENCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Kayleigh Birks, the legal intern for the National Park Service, and Defendant Soledad Baez, by and through her attorney of record, David Harshaw, that the trial date in the above-captioned matter set for July 21, 2016 shall be vacated, and the matter be set for Plea and Sentence on July 20, 2016 at 10:00 a.m.

Dated:  July 6, 2016                 /S/ Kayleigh Birks_____
                                     Kayleigh Birks
                                     Legal Intern
                                     Yosemite National Park

Dated:  July 6, 2016                 /S/ David Harshaw_____
                                     David Harshaw
                                     Attorney for Defendant
                                     Soledad Baez

1

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the July 21, 2016, Trial for *U.S. v. Baez*, case number 6:15-MJ-98-MJS, is hereby vacated and the matter is set for a Change of Plea on July 20, 2016 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   July 6, 2016         /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE