AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

UNITED STATES OF AMERICA

v.

**SOLEDAD BAEZ**

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: **6:15MJ0098-001**

Defendant's Attorney: David Harshaw, Assistant Federal Defender

**THE DEFENDANT:**
- [✓] pleaded guilty to count(s)  Two   of the Complaint.
- [ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
- [ ] was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense (s):

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR § 2.35 (c) | Under The Influence of Alcohol. | October 16, 2015 | Two |

    The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s) ___ and is discharged as to such count(s).
- [✓] Count (s)  One  is dismissed on the motion of the United States.
- [ ] Indictment is to be dismissed by District Court on motion of the United States.
- [ ] Appeal rights given.               [✓] Appeal rights waived.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

7/20/2016
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer

7/22/2016
Date

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Misdemeanor Probation

DEFENDANT: **SOLEDAD BAEZ**                                                      Page 2 of 2
CASE NUMBER: **6:15MJ0098-001**

## PROBATION

The defendant is hereby sentenced to probation for a term of :
<u>Twenty Fout Months Unsupervised Probation</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant is ordered to obey all federal, state, and local laws.

2. The Defendant shall pay a special assessment of $10.00 for a total financial obligation of $ 10.00, which shall be due immediately. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to

        CLERK U.S.D.C.
        2500 Tulare Street, Rm 1501
        Fresno, CA 93721

3. The Defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 30 days. Defendant is ordered to surrender to the U.S. Marshal on June 20, 2017.

4. The Defendant is ordered to personally appear for a Probation Review Hearing on June 6, 2017 at 10:00 am before U.S. Magistrate Judge Seng.

5. The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.

6. The Defendant shall abstain from the use of possession of alcohol and not frequent establishments where the primary business is sale of alcohol.

7. The Defendant shall abstain from the use or possession of any controlled substance unless prescribed for Defendant's use by a Licensed Medical Doctor who is advised in writing of this condition of probation. The Defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered.

8. The Defendant shall attend AA two time(s) weekly for the duration of probation and file sworn proof of attendance to the Court and Government Officer, through Counsel, if represented.

9. The Defendant shall not unlawfully possess a controlled substance.