Susan St. Vincent
Yosemite Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241



**FILED**

JUN 05 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOLEDAD BAEZ,<br><br>Defendant. | DOCKET NO. 6:15-mj-0098-MJS<br><br>**AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |

I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for seven years.

In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Soledad BAEZ has failed to provide proof of having attended AA two times weekly during the duration of probation.

//

1   As the legal officer, I am aware that BAEZ was charged with resisting, or
2   intentionally interfering with a government employee or agent engaged in an official duty,
3   or on account of the performance of an official duty, in violation of Title 36 Code of
4   Federal Regulations § 2.32(a)(1); and being present in a park area when under the
5   influence of alcohol to a degree that may endanger oneself or another person, or
6   damage property or park resources, in violation of Title 36 Code of Federal Regulations
7   § 2.35(c).

8   On July 20, 2016, BAEZ plead guilty to the charge of being present in a park area
9   when under the influence of alcohol to a degree that may endanger oneself or another
10  person, or damage property or park resources, in violation of Title 36 Code of Federal
11  Regulations § 2.35(c). The other count was dismissed. BAEZ was sentenced to 24
12  months of unsupervised probation with the conditions that she obey all laws; pay an
13  assessment of $10; be committed to the custody of the United States Bureau of Prisons
14  to be imprisoned for a total of 30 days after surrendering to the US Marshalls on June
15  20, 2017; advise the Court within 7 days of being cited or arrested for any alleged
16  violation of law; abstain from using or possessing alcohol or frequenting establishments
17  where the primary business is sale of alcohol; abstain from use or possession of any
18  controlled substance unless prescribed for Defendant's use by a Licensed Medical
19  Doctor who is advised in writing of this condition of probation; not unlawfully possess a
20  controlled substance; and attend AA two times weekly for the duration of probation and
21  file sworn proof of attendance to the Court.

22  The government alleges BAEZ has violated the following condition(s) of his
23  unsupervised probation:

24

25  CHARGE ONE:    FAILURE TO PROVIDE PROOF OF ATTENDING AA
26  BAEZ was ordered to attend AA two times weekly for the duration of probation
27  and file sworn proof of attendance to the Court. As of the date of this affidavit, BAEZ
28  has not provided proof of having attended any AA sessions.

6/5/17
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

6/5/17
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California