1

2

3  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
4  REED GRANTHAM, CA SBN #294171
   Assistant Federal Defender
5  Office of the Federal Defender
   2300 Tulare Street, Suite 330
6  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
7  Fax: (559) 487-5950

8  Attorney for Defendant
   SOLEDAD BAEZ

9

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,     )  Case No. 6:15-mj-00098-MJS
                                  )
14            Plaintiff,          )  **STIPULATION TO SET HEARING AND**
                                  )  **CONTINUE SURRENDER DATE; ORDER**
15  vs.                           )
                                  )
16  SOLEDAD BAEZ,                 )
                                  )
17            Defendant.          )
                                  )
18  _____)

19        IT IS HEREBY STIPULATED, by and between the parties, through their respective

20  counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant

21  Federal Defender Reed Grantham, counsel for Soledad Baez, that the matter be set for a hearing

22  on July 12, 2017, at 10:00 a.m., and that the current self-surrender date be continued until July

23  19, 2017.

24        A review hearing in this case was held on June 6, 2017, at 10:00 a.m. Prior to the hearing,

25  the government filed an Affidavit of Alleged Probation Violation alleging that Ms. Baez was in

26  violation of the terms and conditions of her unsupervised probation because no proof had been

27  submitted of her Alcoholics Anonymous attendance. Ms. Baez was not present at the hearing and

28  a warrant was issued.

1    Ms. Baez contacted defense counsel on June 19, 2017, inquiring as to when her next

2    court date was. Defense counsel informed Ms. Baez that the matter had been set for June 6,

3    2017, and that a warrant had issued. Ms. Baez then provided defense counsel with proof of her

4    AA attendance, which has also been provided to the government.

5         At the time of her sentencing on July 20, 2016, the Court sentenced Ms. Baez to 30 days

6    of suspended custody that could be vacated if Ms. Baez was in compliance at the time of her

7    review hearing. A surrender date was also set for June 20, 2017.

8         The parties are requesting that the matter be placed on calendar for July 12, 2017, at

9    10:00 a.m. for a warrant recall and review hearing. Additionally, the parties are requesting that

10   the currently set surrender date be continued to July 19, 2017. Ms. Baez remains on probation in

11   this case until July 20, 2018. The government is in agreement with this request.

12                                              Respectfully submitted,

13                                              PHILLIP A. TALBERT
                                                United States Attorney
14

15   Date:  July 5, 2017                        /s/ Susan St. Vincent
                                                Susan St. Vincent
16                                              Yosemite Legal Officer
                                                Attorney for Plaintiff
17

18                                              HEATHER E. WILLIAMS
                                                Federal Defender
19

20   Date: July 5, 2017                         /s/ Reed Grantham
                                                REED GRANTHAM
21                                              Assistant Federal Defender
                                                Attorney for Defendant
22                                              SOLEDAD BAEZ

23

24

25                                  **O R D E R**

26

27        The Court hereby accepts the parties' Stipulation, above,  in case number 6:15-

28   mj-00098-MJS and, based thereon, sets a further review hearing for July 12, 2017, at

1  10:00 a.m., and continues Defendant's self-surrender date to begin service of custody

2  time until July 19, 2017, at 10:00 a.m.

3

4  IT IS SO ORDERED.

5

6  Dated:   July 5, 2017          /s/ *Michael J. Seng*

7                                 UNITED STATES MAGISTRATE JUDGE