HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
SOLEDAD BAEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:15-mj-00098-JDP |
|---|---|
| Plaintiff, | **MOTION TO MODIFY CONDITIONS OF PROBATION AND TO VACATE JUNE 6, 2018 REVIEW HEARING; ORDER** |
| vs. | |
| SOLEDAD BAEZ, | |
| Defendant. | |

Defendant Soledad Baez hereby requests that the Court vacate the June 6, 2018 review hearing. The government is in agreement with the request.

On July 20, 2016, the Court sentenced Ms. Baez to 24 months of unsupervised probation, with the conditions that she obey all laws and report any law enforcement contact within 7 days. Ms. Baez was also ordered to attend AA twice a week, to not consume alcohol or drugs not prescribed by a medical professional. Finally, a term of 30-days in custody was ordered but suspended for the first year of probation. A review hearing was set for June 6, 2017.

On June 5, 2017, the government filed an affidavit of alleged probation violations. On June 6, 2017, Ms. Baez failed to appear at the review hearing and a warrant was issued for her arrest.

On July 5, 2017, the parties stipulated to resetting Ms. Baez's review hearing for July 12, 2017 to recall the warrant. At the hearing on July 12, the Court recalled the warrant and found

that Ms. Baez was in compliance with the terms of her probation. The custody sentence was further suspended until the final review hearing.

At this point, Ms. Baez has paid off her fine, she has attended AA twice a week for the past two years, and she has not had any new violations of law. Accordingly, she moves to vacate the review hearing and to modify her probation by striking the suspended custody sentence.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 29, 2018
/s/ Hope Alley
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
SOLEDAD BAEZ

## **O R D E R**

Based on the parties' joint representation that Ms. Baez has complied with the conditions of her probation, the court vacates the June 6, 2018 review hearing. Additionally, the court modifies the terms of Ms. Baez's probation and removes the suspended custody time.

IT IS SO ORDERED.

Dated: May 30, 2018

/s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE